**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| Frances Wilson, | ) Case No.: 2:16-cv-00933 |
| Plaintiff, | ) Judge Watson |
| vs. | ) Magistrate Judge Preston Deavers |
| Fifth Third Bank, | ) |
| Defendant. | ) |

**STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST
DEFENDANT FIFTH THIRD BANK**

Plaintiff Frances Wilson and Defendant Fifth Third Bank hereby stipulate that Plaintiff dismisses all claims against Defendant Fifth Third Bank **with prejudice** pursuant to Federal Rule of Civil Procedure 41(a).

Dated: January 12, 2017                                                Respectfully submitted,

*s/ Matthew L. Alden*                                                   *s/ Rand McClellan*
Matthew L. Alden                                                        Rand L. McClellan (0076607), Trial Attorney
Luftman, Heck, & Associates, LLP                                        Email:  rmcclellan@bakerlaw.com
2012 W. 25th Street, Suite 701                                          Keesha N. Warmsby (0087004)
Cleveland, OH 44113                                                     Email:  kwarmsby@bakerlaw.com
Telephone:   216.586.6600                                               BAKER & HOSTETLER LLP
Email: malden@lawlh.com                                                 Capitol Square, Suite 2100
                                                                        65 East State Street
*Attorney for Frances Wilson*                                           Columbus, OH  43215-4260
                                                                        Telephone:   614.228.1541
                                                                        Facsimile:    614.462.2616

                                                                        *Attorneys for Fifth Third Bank*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 12, 2017, the foregoing document was filed with the Clerk of the United States District Court for the Southern District of Ohio through the CM/ECF system, thereby automatically serving all registered parties.

s/ *Rand L. McClellan*
Rand L. McClellan
